**George W. Smith, Trading as Perfect Peerless Calendar Company, Appellee, v. George J. Bloom, Appellant.**

**Gen. No. 43,386.**

opinion filed February 13, 1946; rehearing denied March 20, 1946; released for publication March 20, 1946. Luster & Luster, for appellant; Ode L. Rankin and Julian J. Luster, of counsel; John H. Lyle and P. F. Murray, for appellee; Ernest H. Gager, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.